UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:     CASE NO.: 22-11348-amc
    CHAPTER 13

Brooke J Hulton,
  Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Nationstar Mortgage LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: /s/Charles Wohlrab
    Charles Wohlrab, Esq.
    Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BROOKE J HULTON
331 PAXTON HOLLOW RD
MEDIA, PA 19063

And via electronic mail to:

LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA 19063-2615

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE ROBERT N.C. NIX FEDERAL BUILDING 900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Emi Oyebade