United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Brooke J Hulton  
    Debtor

Case No. 22-11348-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 04, 2022      Form ID: pdf900      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brooke J Hulton, 331 Paxton Hollow Rd, Media, PA 19063-1117 |
| 14696744 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14693741 | + | Brand Bank/Greensky/TH, 1797 N East EXPWY NE, Atlanta, GA 30329-7803 |
| 14697104 | + | Community Loan Servicing, LLC a, Delaware Limited Liability Co., c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14693737 | + | PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14693748 | + | WF/AME GEM, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 04 2022 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 04 2022 23:48:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 04 2022 23:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 14694223 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:41 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14703827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 23:49:53 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14693738 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 04 2022 23:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14693740 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2022 23:48:00 | bank of america, PO BOX 982234, El Paso, TX 79998 |
| 14693742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 23:49:53 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14701271 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 04 2022 23:50:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14693744 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2022 23:48:00 | Community Loan Servicing, 4425 Ponce de Leon Boulevard, Miami, FL 33146-1839 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14693745 | + | Email/Text: EBN@edfinancial.com | Aug 04 2022 23:48:00 | EDFINANCIAL SERVICES L, 120 N SEVEN OAKS DR, Knoxville, TN 37922-2359 |
| 14706266 | + | Email/Text: EBN@edfinancial.com | Aug 04 2022 23:48:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14693743 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 23:50:07 | Chase, POB 15298, Wilmington, DE 19850 |
| 14693746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2022 23:49:41 | JPMCB Card Svcs, POB 15369, Wilmington, DE 19850 |
| 14706361 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 23:49:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14710396 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2022 23:48:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741 |
| 14701891 | + | Email/Text: RASEBN@raslg.com | Aug 04 2022 23:48:00 | Nationstar Mortgage LLC, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14701886 | + | Email/Text: RASEBN@raslg.com | Aug 04 2022 23:48:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14703886 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 04 2022 23:49:44 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14693739 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 04 2022 23:48:00 | bank of america, PO BOX 982238, El Paso, TX 79998-2238 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14693747 | | Timoth Hulton |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@raslg.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 04, 2022 | Form ID: pdf900 | Total Noticed: 28 |

LAWRENCE S. RUBIN
    on behalf of Debtor Brooke J Hulton echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

REBECCA ANN SOLARZ
    on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Brooke J Hulton

                 Debtor

Chapter 13

Bankruptcy No. 22-11348-AMC

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 4, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE