Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11348-AMC**

Brooke J Hulton  
331  Paxton Hollow Rd  
Media  PA   19063  

Petition Filed Date: 05/24/2022  
341 Hearing Date: 07/15/2022  
Confirmation Date:  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LAWRENCE RUBIN, ESQ. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»»  001 | Unsecured Creditors | $2,956.19 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA NA<br>»»  002 | Unsecured Creditors | $2,376.28 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $705.19 | $0.00 | $0.00 |
| 4 | ALLY FINANCIAL<br>»»  004 | Secured Creditors | $26,908.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO<br>»»  005 | Unsecured Creditors | $5,465.36 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF EDUCATION<br>»»  006 | Unsecured Creditors | $49,595.30 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»»  007 | Unsecured Creditors | $8,345.96 | $0.00 | $0.00 |
| 8 | NATIONSTAR MORTGAGE LLC<br>»»  008 | Mortgage Arrears | $26,792.79 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11348-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $0.00 | Arrearages: | $400.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $12,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.